(64 South. 972)

No. 20,153.

DILL v. DILL.

(April 13, 1914.)

*(Syllabus by Editorial Staff.)*

DIVORCE (§ 184*)—SEPARATION FROM BED AND BOARD—APPEAL—REVIEW.

A decree for the plaintiff in a suit for a separation from bed and board, which is sustained by the preponderance of the evidence, will be affirmed.

[Ed. Note.—For other cases, see Divorce, Cent. Dig. §§ 570–573; Dec. Dig. § 184.*]

Appeal from Civil District Court, Parish of Orleans; George H. Théard, Judge.

Suit by William Dill against Bertha Dill. From a judgment for plaintiff, defendant appeals. Affirmed.

George F. Bartley, of New Orleans, for appellant. N. E. Humphrey, of New Orleans, for appellee.

LAND, J. This is a suit for a separation from bed and board on the ground of ill treatment, abuse, and defamation. Defendant reconvened, and prayed for a similar decree on the ground of excesses, cruel treatment, and outrages.

There was judgment in favor of the plaintiff, and the defendant has appealed.

The decree is sustained by the preponderance of the evidence.

Judgment affirmed.

O'NIELL, J., takes no part.